UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BRENDA QUEVEDO CRUZ | )<br>)<br>)<br>) No. 08 M 85<br>)<br>) Hon. Martin C. Ashman<br>) |

## GOVERNMENT'S UNOPPOSED MOTION TO EXAMINE THE ORIGINAL FORMAL EXTRADITION REQUEST FILED WITH THE COURT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby submits this unopposed motion to examine the original formal extradition request filed with the Clerk of the Court.

1. On May 16, 2008, I caused to be filed with the Clerk of the Court, the original formal extradition request in the above-captioned case. On that same date I caused to be served on defense counsel a copy of the formal extradition request, and caused to be delivered to Judge Ashman's chambers, a courtesy copy of the same.

2. I have just learned that the original formal extradition request contains CD's that were not included in the copies sent to defense counsel and chambers. I propose to temporarily remove those CD's from the record, make copies of them, and provide copies to chambers and to defense counsel. I will then return the original CD's to the record.

3.  I have spoke with defense counsel Stanley Horn on May 29, 2008, and he does not oppose this motion.

                                Respectfully submitted,

                                PATRICK J. FITZGERALD
                                United States Attorney

By:   *s/ Shoshana L. Gillers*
       SHOSHANA L. GILLERS
       Assistant United States Attorney
       Dirksen Federal Building
       219 South Dearborn Street, Suite 500
       Chicago, IL 60604
       (312) 353-5310

Dated: May 30, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF <br><br> BRENDA QUEVEDO CRUZ | ) ) ) ) No. 08 M 85 ) ) Hon. Martin C. Ashman ) |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document: GOVERNMENT'S UNOPPOSED MOTION TO EXAMINE THE ORIGINAL FORMAL EXTRADITION REQUEST FILED WITH THE COURT regarding the Government of Mexico's formal request for extradition and three packages of supporting documentation in the above captioned case were sent by first-class mail on MAY 30, 2008 to: Stanley Horn, 2 N. LaSalle Street, Suite 630, Chicago, IL 60602

                                                Respectfully submitted,
                                                PATRICK J. FITZGERALD
                                                United States Attorney

                    By:     s/Shoshana L. Gillers
                            SHOSHANA L. GILLERS
                            Assistant United States Attorney
                            Dirksen Federal Building
                            219 South Dearborn Street, Suite 500
                            Chicago, IL 60604
                            (312) 353-5310

Dated: May 30, 2008