UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BRENDA QUEVEDO CRUZ | )<br>)<br>)<br>)  No. 08 M 85<br>)<br>)  Hon. Martin C. Ashman<br>) |

## NOTICE OF FILING

PLEASE TAKE NOTICE, that on June 19, 2008, the undersigned attorney caused to be filed additional materials submitted by the Government of Mexico to supplement their formal request for extradition in the above captioned case.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

By:   *s/ Shoshana L. Gillers*
       SHOSHANA L. GILLERS
       Assistant United States Attorney
       Dirksen Federal Building
       219 South Dearborn Street, Suite 500
       Chicago, IL 60604
       (312) 353-5310

Dated: June 19, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BRENDA QUEVEDO CRUZ | )<br>)<br>)<br>) No. 08 M 85<br>)<br>) Hon. Martin C. Ashman<br>) |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document: NOTICE OF FILING was served on June 19, 2008 in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers in the above captioned case were sent by first-class mail on June 19, 2008 to: Stanley Horn, 2 N. LaSalle Street, Suite 630, Chicago, IL 60602

                Respectfully submitted,
                PATRICK J. FITZGERALD
                United States Attorney

By:    s/Shoshana L. Gillers
         SHOSHANA L. GILLERS
         Assistant United States Attorney
         Dirksen Federal Building
         219 South Dearborn Street, Suite 500
         Chicago, IL 60604
         (312) 353-5310

Dated: June 19, 2008