UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| EXTRADITION OF ) | |
| ) | No.   08 M 85 |
| ) | |
| BRENDA QUEVEDO CRUZ ) | Hon.  Martin C. Ashman |

NOTICE OF MOTION

TO:   Stanley Horn
      2 N. LaSalle Street
      Suite 630
      Chicago, IL 60602

PLEASE TAKE NOTICE that on August 12, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Hon. Martin C. Ashman the courtroom usually occupied by him (Courtroom 1366) in the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois, or before such other who may be sitting in his place instead, and then and there present:

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Shoshana L.  Gillers
      SH0SHANA L. GILLERS
      Assistant U.S. Attorney
      219 S. Dearborn
      Chicago, IL.  60604
      (312) 353-5310