UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE EXTRADITION OF | ) ) ) ) | |
| | ) | No. 08 M 85 |
| BRENDA QUEVEDO-CRUZ | ) ) | |
| | ) | Hon. Martin C. Ashman |
| | ) | |

## NOTICE OF MOTION

TO:   Shoshana L. Gillers
      U.S. Attorney's Office
      Northern District of Illinois
      Dirksen Federal Building
      219 S. Dearborn Street, Suite 500
      Chicago, IL 60604


      PLEASE TAKE NOTICE that on September 9, 2008 at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Martin C. Ashman, in courtroom #1386 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and then and there present the attached Defendant's Motion for Bond, a copy of which is herewith served on you.

                              Respectfully submitted,
                              BRENDA QUEVEDO-CRUZ


                       BY:   s/Stanley J. Horn
                              STANLEY J. HORN 1261614
                              Attorney for Plaintiff
                              Horn, Khalaf, Abuzir, Mitchell & Schmidt
                              2 North LaSalle, Suite 630
                              Chicago, IL 60602
                              Telephone: (312) 281-5444
                              Fax: (312) 558-9075
                              E-mail: shorn@hkamlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE EXTRADITION OF | ) ) ) ) ) ) ) ) | No. 08 M 85 |
| BRENDA QUEVEDO-CRUZ |  | Hon. Martin C. Ashman |

**CERTIFICATE OF SERVICE**

    I, Stanley J. Horn, hereby certify that the following document: NOTICE OF MOTION was served on August 28, 2008 in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district's system as to ECF filers in the above captioned case, and was sent by first-class mail on August 28, 2008 to: Shoshana Leah Gillers, United States Attorney's Office (NDIL), 219 S. Dearborn Street, Suite 500, Chicago, Illinois 60604.

    Respectfully submitted,

    s/Stanley J. Horn
    STANLEY J. HORN 1261614
    Attorney for Plaintiff
    Horn, Khalaf, Abuzir, Mitchell & Schmidt
    2 North LaSalle, Suite 630
    Chicago, IL 60602
    Telephone: (312) 281-5444
    Fax: (312) 558-9075
    E-mail: shorn@hkamlaw.com